# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130404(66)

MARGARET TERRY,
       Plaintiff-Appellant,

v

DAIMLERCHRYSLER CORPORATION,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130404
COA: 263339
Macomb CC: 04-003222-NO

On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

p0619